1 So.2d 923

**Robert L. STRICKLAND v. STATE.**

6 Div. 795.

Supreme Court of Alabama.

April 3, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal withdrawn and dismissed.

1 So.2d 41

**J. E. WEEKS v. Orpha Christine WEEKS.**

8 Div. 66.

Supreme Court of Alabama.

Jan. 23, 1941.

PER CURIAM.

Appeal dismissed.